JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIX MORENO MONTECASTRO,<br><br>                Petitioner,<br><br>    v.<br><br>CATE, ET AL.,<br><br>                Respondents. | CASE NO. 5:20-cv-01939-CJC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: December 18, 2020

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE